IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>DONALD R. BRANDON SR., RITA F BRANDON, and AMERICAN GENERAL FINANCE, INC.<br><br><br><br>        Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CV 06-1287 |

## NOTICE OF FORECLOSURE

    The undersigned certifies that the above entitled mortgage foreclosure action was filed on November 8, 2006, and is now pending.

(i)    The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)    The name(s) of the title holder(s) of record are: DONALD R. BRANDON SR. and RITA F. BRANDON

(iv)    The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

        Lot 6 in the Plat of North Lawn Addition to the Original Town, now Village of Viola, situated in the County of Mercer, in the State of Illinois.

        PIN No. 11-11-15-200-007

(v)    A common address or description of the location of the real estate is as follows:
        6 Norlawn Drive, Viola, Illinois 61486

2

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

    Name of mortgagor(s):    DONALD R. BRANDON SR. and RITA F. BRANDON

    Name of mortgagee:    United States of America, United States Department of Agriculture

    Date(s) of mortgage(s):    August 13, 1992

    Date(s) of recording:    August 17, 1992 and Re-Recorded August 18, 1992

    County where recorded:    MercerCounty, Illinois

    Recording document identification: Recorded in Book Book 465, Page 317 as Doc No. 285348 and Re-Recorded in Book 466, Page 185, as Doc No. 285697

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:    By:    s/: Bradley W. Murphy

Bradley Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street
Peoria, Illinois 61602
Telephone No. 309-671-7050
Fax: 309-671-7259
Email: brad.murphy@usdoj.gov

This instrument was prepared by Bradley Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Peoria, Illinois 61602.