IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.06-1287 |
| | ) |
| DONALD R. BRANDON, SR., RITA F., | ) |
| BRANDON, and AMERICAN GENERAL | ) |
| FINANCE, INC. | ) |
| | ) |
| Defendant(s). | ) |

**MOTION TO STAY
PROCEEDINGS PENDING BANKRUPTCY**

The United States of America moves to stay the proceedings in this foreclosure because Donald R. Brandon, Sr. and Rita F. Brandon have filed for bankruptcy under Chapter 13 of the Bankruptcy Code. A copy of the notice is attached.

        Respectfully submitted,
        RODGER A. HEATON
        United States Attorney


        s/ Bradley W. Murphy

By: _____
        Bradley W. Murphy, IL Bar No. 1992775
        Attorney for Plaintiff
        United States Attorney's Office
        211 Fulton Street
        Suite 400
        Peoria, IL 61602
        Telephone: (309) 671-7050
        Fax: (309) 671-7259

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been placed in the United States mail addressed to:

>Donald R. Brandon, Sr.
>6 Norlawn Drive
>Viola, Illinois 61486
>
>Rita F. Brandon
>6 Norlawn Drive
>Viola, Illinois 61486
>
>American General Finance, Inc.
>3401 16th Street, Suite 1
>Moline, Illinois 61265
>
>Bruce A. Buckrop
>Attorney at Law
>329 18th Street #500
>Rock Island, IL 61201
>
>Richard A. Bowers
>1800 3rd Avenue
>POB 3760
>Rock Island, IL 61204
>
>U.S. Trustee in Bankruptcy
>401 Main Street, #1100
>Peoria, IL 61602

>s/ Margo Scamp

Date: January 25, 2007          _____
                                Margo Scamp

FORM B9I (Chapter 13 Case) (10/06)     Case Number 07-80077

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 1/16/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Donald R Brandon Sr.<br>1109 Norlawn Dr.<br>Viola, IL 61486 | Rita F Brandon<br>1109 Norlawn Dr.<br>Viola, IL 61486 |
| Case Number:<br>07-80077 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>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<br>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 |
| Attorney for Debtor(s) (name and address):<br>Bruce A Buckrop<br>329 18th St #500<br>Rock Island, IL 61201<br>Telephone number: (309) 788-2747 | Bankruptcy Trustee (name and address):<br>Richard A Bowers<br>1800 3rd Ave<br>POB 3760<br>Rock Island, IL 61204<br>Telephone number: 309-788-9355 |

### Meeting of Creditors

Date: **March 15, 2007**          Time: **09:30 AM**
Location: US Courthouse and Post Office, 211 19th St, Room 226, Rock Island, IL 61201

*DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.* All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

### Deadlines:
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **6/13/07**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **7/15/07**

#### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 5/14/07

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan
The debtor has not filed a plan as of this date. You will be sent the plan or a summary of the plan as soon as the plan has been filed. **Objections to confirmation MUST be filed within 15 days after the date that the Meeting of Creditors is conducted.** If no objections to confirmation are timely filed, the Court may enter an order confirming the plan under the terms set forth in the plan or as modified by agreement of the parties. The filing of a proof of claim does not constitute an objection to confirmation and will not prevent a creditor's claim from being modified pursuant to the terms set forth in the Chapter 13 plan. In the event objections to confirmation are timely filed, a hearing will be scheduled by the Court on confirmation and any timely objections.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>216 Federal Building<br>100 N.E. Monroe St.<br>Peoria, IL 61602-1003 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Hardin W. Hawes |
|---|---|
| Date: 1/16/07 | |

019847