U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN** E-FILED
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Monday, 29 January, 2007 2:48:35 PM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 06-1287 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Donald R. Brandon, Sr., Rita F. Brandon, and American General Finance, Inc. | Summons & Complaint |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Rita F. Brandon

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1109 Norlawn Drive, Viola, Illinois 61486

FILED

JAN 29 2007

JOHN M WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                     Fold

Service was attempted on defendant via certified mail on November 15, 2006.
Defendant did not return Waiver of Summons. Please attempt personal
service.

Signature of Attorney or other Originator requesting service on behalf of:

_Bradleyw Murphy_

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE 12-21-06 |
|---|---|
| 309.671.7050 | XXXXXXXX |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 26 | No. RI | _Saddle_ | 12-28-6 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 01/24/07 | 10:30 | |

Signature of U.S. Marshal or Deputy

_J.J. Wieg_

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $22.25 | 0 | $67.25 | 0 | $67.25 | 0 |

REMARKS:

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)