E-FILED
Monday, 29 January, 2007 12:49:42 PM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 06-1287 |// 
| **DEFENDANT** Donald R. Brandon, Sr., Rita F. Brandon, and American General Finance, Inc. | **TYPE OF PROCESS** Summons & Complaint |

FILED
JAN 2 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Donald R. Brandon, Sr.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1109 Norlawn Drive, Viola, Illinois 61486

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602

Number of process served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service was attempted on defendant via certified mail on November 15, 2006. Defendant did not return Waiver of Summons. Please attempt personal service.

Signature of Attorney or other Originator requesting service on behalf of: **XX PLAINTIFF** ☐ DEFENDANT
TELEPHONE NUMBER: 309.671.7050
DATE: 12-21-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 26
District to Serve No. RI
Signature of Authorized USMS Deputy or Clerk
Date: 12-28-6

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 01/24/07
Time: 10:30 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 0 | 0 | $45.00 | 0 | 45.00 | 0 |

REMARKS: SERVED: WIFE - RITA F. BRANDON @ RESIDENCE.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285