IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.06-1287 |
| | ) |
| DONALD R. BRANDON, SR., RITA F., | ) |
| BRANDON, and AMERICAN GENERAL | ) |
| FINANCE, INC. | ) |
| | ) |
| Defendant(s). | ) |

## STATUS REPORT

Defendants, Donald R. Brandon, Sr. and Rita F. Brandon have continued to make payments since filing their Chapter 13 Bankruptcy. Defendants are currently $536.61 in arrears as to their on-going monthly payments. Government requests the case be set over for six month status.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
Attorney for Plaintiff
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been placed in the United States mail addressed to:

Donald R. Brandon, Sr.
6 Norlawn Drive
Viola, Illinois 61486

Rita F. Brandon
6 Norlawn Drive
Viola, Illinois 61486

American General Finance, Inc.
3401 16th Street, Suite 1
Moline, Illinois 61265

Bruce A. Buckrop
Attorney at Law
329 18th Street #500
Rock Island, IL 61201

Richard A. Bowers
Bankruptcy Trustee
1800 3rd Avenue
POB 3760
Rock Island, IL 61204

s/ Margo Scamp

Date: May 21, 2007