E-FILED
Thursday, 01 November, 2007  10:28:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DONALD R. BRANDON, SR.,<br>RITA F. BRANDON, and AMERICAN<br>GENERAL FINANCE, INC.<br>    Defendants. | )<br>)<br>)<br>) CIVIL NO. 06-1287<br>)<br>)<br>)<br>)<br>) |

**MOTION TO RESUME
FORECLOSURE PROCEEDINGS**

  Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, on behalf of its agency, United States Department of Agriculture, Rural Housing, and requests to resume foreclosure proceedings in this case and states as grounds the following:

  1.  The Debtor's Chapter 13 bankruptcy case (Case No.07-80077) was dismissed on October 23, 2007, upon Motion of the Bankruptcy Trustee.  See Exhibits A and B attached.

  2.  The status of the foreclosure is:  Complaint was filed on November 8, 2006, and Defendants Donald R. Brandon, Sr., and Rita F. Brandon were served on January 24, 2007; Service was attempted on Defendant, American General Finance, Inc. via certified mail on November 15, 2006.  Defendant did not return Waiver of Summons.

  3.  The United States will now proceed with the foreclosure action and attempt to

complete service on American General Finance, Inc.

                                        Respectfully submitted,
                                        RODGER A. HEATON
                                        United States Attorney


By:    s/Bradley W. Murphy
        Bradley W. Murphy, IL Bar No. 1992775
        Attorney for Plaintiff
        United States Attorney's Office
        211 Fulton Street
        Suite 400
        Peoria, IL 61602
        Telephone: (309) 671-7050
        Fax: (309) 671-7259

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

Donald R. Brandon, Sr.
1109 Norlawn Drive
Viola, IL 61486

Rita F. Brandon
1109 Norlawn Drive
Viola, IL 61486

American General Finance, Inc.
4030 Blackhauk Road
Rock Island, IL 61201


Date: November 1, 2007                             s/Margo Scamp
                                                   Legal Assistant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | In Proceedings under Chapter 13 |
| Donald and Rita Brandon | ) | |
| 1109 Norlawn Dr. | ) | Case No.  07-80077 |
| Viola, IL 61486 | ) | |
| | ) | |
| Debtor(s) | ) | |

### MOTION TO DISMISS

COMES NOW your Trustee and states that the debtor(s) plan will not pay out in 5 years and is no longer feasible.

WHEREFORE, your Trustee prays that these proceedings be dismissed and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings, and further that a time and place be set for the examination and confirmation of such report.

/s/_____
Richard A. Bowers
Standing Trustee

DATE: October 2, 2007

dsd



Exhibit A

Brandon, Donald and Rita  Case #07-80077

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached MOTION TO DISMISS was served upon the following by either hand-delivery, depositing into the United States mail, or electronically transmitted, the 2nd day of October, 2007 with postage prepaid and addressed as follows:

Donald and Rita Brandon
1109 Norlawn Dr.
Viola, IL 61486

Bruce Buckrop, Atty.
329 18th St. Ste #500
Rock Island, IL 61201

U.S. Trustee
Becker Bldg., Room 1100
401 Main Street
Peoria, IL  61602

By: /s/_____
Richard A. Bowers

Richard A. Bowers
Chapter 13 Trustee
P.O. Box 3760
Rock Island, IL  61201
Telephone: (309) 788-9355

Form odmcs/odismcs

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602-1003

*In Re:* Donald R Brandon and Rita F Brandon  *Case No.:* 07-80077
*Debtor*
*Chapter:* 13

## ORDER DISMISSING CASE

*The Court finds:*

☐ that the debtor(s) failed to file the certificate described in Section 521(b)(1) or a Request for Waiver or Motion to Excuse in accordance with the Standing Order Regarding Credit Counseling entered on March 20, 2006 by the Judges of the United States Bankruptcy Court, Central District of Illinois.

☐ that the debtor(s) failed to pay the filing fee as ordered on and the Court has been fully advised in the premises.

☐ that the debtor(s) failed to comply with the court Order dated in that no have been filed with this Court.

☐ that the debtor(s) Motion for Voluntary Dismissal of Chapter 13 proceedings is allowed.

☒ that the Trustee's Motion to Dismiss Chapter 13 proceedings is allowed.

☐ that the United States Trustee's Motion to Dismiss pursuant to 11 U.S.C. Sec. 707(b) is allowed.

☐ that the debtor(s) failed to appear at the 341(a) meeting.

☐ Other:

*IT IS THEREFORE ORDERED* that the Chapter 13 petition in bankruptcy filed on 1/16/07, be and is hereby dismissed.

*IT IS FURTHER ORDERED* that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (30 days for a Chapter 7 or 90 days for a Chapter 12/13).

**Entered:** 10/23/07

/S/
Thomas L. Perkins
U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

Exhibit B