IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.06-1287 |
| | ) |
| DONALD R. BRANDON, SR., RITA F., | ) |
| BRANDON, and AMERICAN GENERAL | ) |
| FINANCE, INC. | ) |
| Defendants. | ) |

## REQUEST FOR EXTENSION OF TIME FOR SERVICE

The United States requests an extension of 90 days in which to serve upon defendant American General Finance, Inc., Summons and Complaint in the above-entitled foreclosure action. The Complaint was filed November 8, 2006. On January 16, 2007, Donald R.Brandon, Sr., filed for bankruptcy and the 120 day service period was stayed until the bankruptcy was dismissed on October 23, 2007. The 120-day period for service expires December 11, 2007.

Service of the Complaint has been completed upon defendants Donald R. Brandon, Sr. and Rita F. Brandon. Although the whereabouts of American General Finance, Inc is known, attempts to serve the defendant by mail at the Rock Island, Illinois, office address have been unsuccessful. Service will be attempted by mail to American General Finance, Inc., Service of Process Department in Springfield, IL.

Therefore, the United States is requesting an extension of time of 90 days in which it will attempt to complete service by the U.S. Mail to American General Finance, Inc. Service of Process Department.

        Respectfully submitted,
        RODGER A. HEATON
        United States Attorney


        <u>s/Bradley W. Murphy</u>
        Bradley W. Murphy, IL Bar No. 1992775
        Attorney for Plaintiff
        United States Attorney's Office
        211 Fulton Street
        Suite 400
        Peoria, IL 61602
        Telephone: (309) 671-7050
        Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Donald R. Brandon, Sr.
>1109 Norlawn Drive
>Viola, IL 61486
>
>Rita F. Brandon
>1109 Norlawn Drive
>Viola, IL 61486
>
>American General Finance, Inc.
>c/o Illinois Corporation Service
>801 Adlei Stephenson Drive
>Springfield, IL 62703
>Attn: Service of Process Department

Date:December 11, 2007                         s/Margo Scamp
                                               Legal Assistant