AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

V.

Donald R. Brandon, Sr., et al.

ALIAS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1287

TO: (Name and address of Defendant)

American General Finance, Inc.
c/o Illinois Corporation Service
801 Adlei Stephenson Drive
Springfield, IL 62703
Attn: Service of Process Department

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinios 61602

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson                    1/23/08

CLERK                                 DATE

s/ S. Marvel

(By) DEPUTY CLERK