**PROCESS RECEIPT AND RETURN** E-FILED

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

Friday, 22 February, 2008 11:30 PM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 06-1287 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Donald R. Brandon, Sr.<br>American General Finance, Inc. | Foreclosure Summons and Complaint |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

American General Finance, Inc. c/o Illinois Corporation Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

801 Adlei Stephenson Drive, Springfield, IL 62703 AttN;  Service of Process Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. Murphy, AUSA
211 Fulton Street, Suite 400
Peoria, IL 61602

ms

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                 Fold

FILED

FEB 2 2

PAMELA E. HOUSE
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILL.

Last Day to Serve:   3/3/08

sBradley Murphy, AUSA

Bradley W. Murphy

service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 309.671.7050 | 1-22-08 |

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 26 | District to Serve No. S | s/ Kim Sanders      k | Date 2-14-8 |
|---|---|---|---|---|---|
| | l | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| JAN Allen, CUSTOMER SERVICE ASSOC. | |
| Address (*complete only if different than shown above*) | Date of Service: 02/19/08    Time: 1345   pm |
| | Signature of U.S. Marshal or Deputy: s/Alex Stacy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $1.94 | 0 | $46.94 | | | |

REMARKS:
1 DUSM @ $45.00/HR. × 1 HR. = $45.00
4 miles Round TRIP × 48.5 ¢/mile = $1.94

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

V.

Donald R. Brandon, Sr., et al.

CASE NUMBER:  06-1287

TO: (Name and address of Defendant)

American General Finance, Inc.
c/o Illinois Corporation Service
801 Adlei Stephenson Drive
Springfield, IL 62703
Attn: Service of Process Department

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinios 61602

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____Pamela C. Robinson_____

CLERK

s/S. Marvel

_____1/23/08_____

DATE

(By) DEPUTY CLERK