IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.06-1287 |
| | ) |
| DONALD R. BRANDON, SR., RITA F., | ) |
| BRANDON, and AMERICAN GENERAL | ) |
| FINANCE, INC. | ) |
| Defendants. | ) |

**NOTICE OF FILING**
**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

To:   Donald R. Brandon, Sr.
      1109 Norlawn Drive
      Viola, IL 61486

      Rita F.Brandon
      1109 Norlawn Drive
      Viola, IL 61486

      American General Finance, Inc.
      801 Adlei Stephenson Drive
      Springfield, IL 62703

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on March 27, 2008.   Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been

on file for 14 days.

                                          Respectfully submitted,
                                          RODGER A. HEATON
                                          United States Attorney

                                          <u>s/Bradley W. Murphy</u>
                                          Bradley W. Murphy, IL Bar No. 1992775
                                          Attorney for Plaintiff
                                          United States Attorney's Office
                                          211 Fulton Street
                                          Suite 400
                                          Peoria, IL 61602
                                          Telephone: (309) 671-7050
                                          Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Donald R. Brandon, Sr.
>1109 Norlawn Drive
>Viola, IL 61486
>
>Rita F. Brandon
>1109 Norlawn Drive
>Viola, IL 61486
>
>American General Finance, Inc.
>801 Adlei Stephenson Drive
>Springfield, IL 62703

>s/ Margo Scamp

Date: 3/27/08