E-FILED
Thursday, 27 March, 2008 10:09:11 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CIVIL NO.06-1287
)
DONALD R. BRANDON, SR., RITA F., )
BRANDON, and AMERICAN GENERAL )
FINANCE, INC. )
Defendants. )

**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Rule 55 of the Federal Rules of Civil Procedure, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on November 9, 2006. In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit. That the defendants, Donald R. Brandon, Sr., and Rita F. Brandon, were personally served with summons and complaint by the United States Marshal on January 24, 2007 and did not thereafter voluntarily appear in these proceedings, they have not answered or otherwise pleaded to the complaint; and they are now in default. Defendant, American General Finance, Inc. was personally served with summons and complaint by the United States Marshal on February 19, 2008 and did not thereafter voluntarily appear in these proceedings, they have not answered or otherwise pleaded to the complaint, and they are now in default.

That said defendants have not answered or otherwise pleaded to said Complaint filed herein and are now in default for their failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the

Rules of this Court.

2. That Defendants Donald R.Brandon, Sr. and Rita F. Brandon are not in the military service. See Affidavit of Military Service attached hereto as Exhibit A.

3. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

4. The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, formerly Farmers Home Administration, are attached hereto as Exhibit B and incorporated herein.

**WHEREFORE**, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
Attorney for Plaintiff
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

**E-FILED**
Thursday, 27 March, 2008 10:10:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO.06-1287 |
| | ) | |
| DONALD R. BRANDON, SR., RITA F., | ) | |
| BRANDON, and AMERICAN GENERAL | ) | |
| FINANCE, INC. | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MILITARY SERVICE

STATE OF ILLINOIS )
)
COUNTY OF PEORIA )

BRADLEY W. MURPHY says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendants, Donald R. Brandon, Sr., and Rita F. Brandon, are not infants or incompetent persons and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendants at their last known address. To date, no response has been received from said defendants. To further determine the military status of the defendants-mortgagors, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagors' social security numbers. The national database confirmed that the mortgagors are not in the military service



of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 27th day of March, 2008.

s/ Bradley W. Murphy

Subscribed and sworn to before me
this 27th day of March, 2008.

Jessica Stowe
Notary Public

**U.S. Department of Justice**

*United States Attorney*
*Central District of Illinois*

*Rodger A. Heaton*
*United States Attorney*

*Peoria Division Office*
*One Technology Plaza*
*211 Fulton Street, Suite 400*
*Peoria, Illinois 61602-1348*
*TEL: (309) 671-7050*
*FAX: (309) 671-7259*

November 1, 2007

Rita F. Brandon
1109 Norlawn Drive
Viola, IL 61486

Re: United States v. Brandon, et al, Case No. 06-1287

Dear Mrs Brandon:

As you are aware, we are in the process of foreclosing on property at #6 Norlawn Drive, Viola, IL 61486.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
UNITED STATES ATTORNEY

Margo Scamp
Legal Assistant

Department of Defense Manpower Data Center NOV-01-2007 12:58:10



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| BRANDON | Rita F | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* ***BELNEZZLNKQ***

**DMDC**

Privacy Notice

Help

## (SCRA) Servicemembers Civil Relief Act

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SSN | [redacted] | | | Repeat SSN | [redacted] | | |
| Last | Brandon | | | Last | Brandon | | |
| Birth Yr | | Month | | Birth Yr | | Month | |
| First | Rita | | | | | | |
| Middle | F | | | | | | |

LookUp Erase

Upon clicking the "LookUp" button, based on the SSN and other personal information furnished, the Department will advise you that it does

1. **Not** possess information regarding whether the individual is on active duty, or
2. Possess information indicating that the individual is on active duty.





**U.S. Department of Justice**

*United States Attorney*
*Central District of Illinois*

*Rodger A. Heaton*
*United States Attorney*

*Peoria Division Office*
*One Technology Plaza*
*211 Fulton Street, Suite 400*
*Peoria, Illinois 61602-1348*
*TEL: (309) 671-7050*
*FAX: (309) 671-7259*

November 1, 2007

Mr. Donald R. Brandon, Sr.
1109 Norlawn Drive
Viola, IL 61486

Re: United States v. Brandon, et al, Case No. 06-1287

Dear Mr. Brandon:

As you are aware, we are in the process of foreclosing on property at #6 Norlawn Drive, Viola, IL 61486.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
UNITED STATES ATTORNEY

Margo Scamp
Legal Assistant

Department of Defense Manpower Data Center NOV-01-2007 12:56:31



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| BRANDON | Donald Sr. R | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

Mary M. Snavely-Dixon

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided

by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:**BELMBPERVPK***




## (SCRA) Servicemembers Civil Relief Act

| | | | |
|---|---|---|---|
| SSN | [redacted] | Repeat SSN | [redacted] |
| Last | Brandon | Last | Brandon |
| Birth Yr | Month | Birth Yr | Month |
| First | Donald Sr. | | |
| Middle | R | | |

LookUp Erase

Upon clicking the "LookUp" button, based on the SSN and other personal information furnished, the Department will advise you that it does

1. **Not** possess information regarding whether the individual is on active duty, or
2. Possess information indicating that the individual is on active duty.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>DONALD R. BRANDON, SR., RITA F. BRANDON and AMERICAN GENERAL FINANCE, INC.<br><br>Defendants. | ) | CIVIL NO. 06-1287 |

AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagors are in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $15,145.71 as of March 18, 2008.

4. As of March 18, 2008, said defendants are indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:



| | | |
|---|---|---|
| Unpaid Balance of Principal | | $28,537.04 |
| Unpaid Balance of Interest | | $ 3,960.30 |
| Subsidy Assistance Due | | $ 5,816.22 |
| Late Charges | | $ 237.78 |
| Fees Assessed | | $ 4,236.73 |
| Interest on Fees | | $ 287.27 |
| Court Costs Paid to Date | | $ 539.19 |
| | Total | $43,614.53 |
| Daily Accrual | | $7.4044 |

5. To the best of the knowledge, information and belief of the undersigned; defendant herein are not now in active duty with the military forces of the United States or Allied Nations.

CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

DOUGLAS WILSON
State Director

ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 18TH day of March 2008.

My Commission Expires: 04/04/2011

Donna M. Wiltshire, Notary

OFFICIAL SEAL
DONNA M. WILTSHIRE
Notary Public - State of Illinois
My Commission Expires Apr 04, 2011