E-FILED
Thursday, 27 March, 2008  10:13:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.06-1287 |
| | ) |
| DONALD R. BRANDON, SR., RITA F., | ) |
| BRANDON, and AMERICAN GENERAL | ) |
| FINANCE, INC. | ) |
| Defendants. | ) |

### AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF PEORIA | ) |

BRADLEY W. MURPHY, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that she has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

                                                   s/ Bradley W. Murphy
                                                   BRADLEY W. MURPHY

      Subscribed and sworn to before me
this 27th day of March, 2008.


Jessica Stowe
Notary Public