E-FILED
Tuesday, 22 April, 2008  02:08:14 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS



## JUDGMENT IN A CIVIL CASE

**United States of America**

vs.

**Donald R Brandon, Sr, Rita F Brandon,
American General Finance, Inc**

Case Number:   **06-1287**

  **DECISION BY THE COURT.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Default Judgment of Foreclosure is entered in favor of the United States of America in the amount of $43,614.53 plus cost of suit.

ENTER this 18th day of April, 2008.

PAMELA E. ROBINSON, CLERK

s/ S. Marvel
BY:  DEPUTY CLERK

06-1287 Judgment.wpd