E-FILED
Monday, 09 June, 2008 02:13:45 PM
Clerk, U.S. District Court, ILCD

# CERTIFICATE OF PUBLICATION

STATE OF ILLINOIS ) SS.
COUNTY OF MERCER )

We, Jennie McLaughlin and Ashlee Boers, do hereby certify that we are respectively the General Manager and Administrative Assistant of The Times Record Company, a corporation and are the duly authorized agents of said corporation on this behalf.

We further certify that, Gate House Media, Illinios holding D/B/A The Times Record, a corporation, is the Publisher and Proprietor of The Times Record; that The Times Record is a weekly public secular newspaper of general circulation in the County of Mercer, in the State of Illinois and is published in the City of Aledo, in the County of Mercer and State of Illinois and that said newspaper is a newspaper as defined in "an Act to revise the law in relation to notices" as amended by Act approved July 17, 1959-Ill. Revised statutes, Chap. 100 Para. 1 & 5.

We further certify that the annexed notice was published in said newspaper for ____1____ successive weeks; that the first publication of said notice was made on the ____4____ day of ____May____ A.D. 2008 and the last publication thereon the ____4____ day of ____June____ A.D. 2008.

In Witness Whereof we have hereunto certified in the name of The Times Record Company, a corporation, and we hereunto subscribed our names as such Publisher and Administrative Assistant of said corporation, respectively, this ____4____ day of ____June____ A.D. 2008.

THE TIMES RECORD COMPANY
A CORPORATION, PUBLISHERS

BY: _Jennie McLaughlin_ General Manager

BY: _Ashlee Boers_ Administrative Assistant

Printer's Fee $ 62.00
Received Payment

---

## PUBLIC NOTICE

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION
UNITED STATES OF AMERICA
    Plaintiff,
    vs.                                  CIVIL NO. 06-1287
DONALD R. BRANDON, SR., RITA F.
BRANDON, and AMERICAN GENERAL
FINANCE, INC.
    Defendants.

### NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
Jeff DeSplinter
Rural Development Manager
USDA Service Center
312 E. Backbone Road, Suite B
Princeton, IL 61356
Telephone No: 814.875.8732 (4)

2. The common address and other common description, if any, of the real estate is:
1109 Norlawn Drive, Viola, IL 61486.

3. The legl description of the real estate is:
Lot 6 in the Plat of North Lawn Addition to the Original Town, now Village of Viola, situated in the County of Mercer, in the State of Illinois
PIN No. 11-11-15-200-007

4. The real estate may be inspected prior to sale at the following times: Available for inspection during business hours upon reasonable advance notice to county office listed above.

5. The time and place of the sale are:
June 26, 2008, at 11:00 a.m., at the front door of the Mercer County Courthouse, Aledo, Illinois.

6. The terms of the sale are:
10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2007 and 2008, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Peoria, Illinois, this 2nd day of May, 2008.

s/STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

P14

---

CERTIFICATE OF PUBLICATION

In the Matter of _____

_____ this _____ day of _____ A.D. 2008.

_____ Clerk