# CERTIFICATE OF PUBLICATION

NO. _____

In the Matter of

_____

Filed this _____ day of _____ A.D. 2008.

_____
Clerk

---

**GOVERNMENT FORECLOSURE SALE**

**Monday, June 23, 2008, 11:00 AM**
Mercer County Courthouse
100 SE 3rd, Viola, Illinois

Property located at: 1109 Norlawn Dr, Viola, IL
Property is sold   As Is

**Terms of sale:** 10% due at time of sale by certified check, remaining balance due within 30 days. Subject to purchaser paying 2007 taxes due in 2008

**Rural Development credit is not available**
**Government Bid $15,500**

Rural Development has a security interest in the property.
For additional information contact:
Rural Development
312 E. Backbone Road, Suite B,
Princeton, IL
PH: 815-875-8732 ext. 4
www.resales.usda.gov.

This institution is an equal opportunity lender, provider, and employer.

---

# CERTIFICATE OF PUBLICATION

STATE OF ILLINOIS  } SS.
COUNTY OF MERCER  }

We, Melanie McLaughlin and Ashlee Boers, do hereby certify that we are respectively the General Manager and Administrative Assistant of The Times Record Company, a corporation, and are the duly authorized agents of said corporation in this behalf.

We further certify that, Gate House Media, Illinois Holdings D/B/A The Times Record, a corporation, is the Publisher and Proprietor of The Times Record; that The Times Record is a weekly public secular newspaper of general circulation in the County of Mercer, in the State of Illinois and is published in the City of Aledo, in the County of Mercer and State of Illinois and that said newspaper is a newspaper as defined in "an Act to revise the law in relation to notices" as amended by Act approved July 17, 1959-Ill. Revised Statutes, Chap. 100 Para. 1 & 5.

We further certify that the annexed notice was published in said newspaper for ___1___ successive weeks: that the first day of publication of said notice was made on the __18__ day of __June__ A.D. 2008 and the last publication thereof on the __18__ day of __June__ A.D. 2008.

In Witness Whereof we have hereunto certified in the name of The Times Record Company, a corporation, and have hereunto subscribed our names as such Publisher and Administrative Assistant of said corporation, respectively, this __18__ day of __June__ A.D. 2008.

THE TIMES RECORD COMPANY
A CORPORATION, PUBLISHERS

BY: _____ General Manager

BY: _____ Administrative Assistant

Printer's Fee $ __17.50__   Received Payment _____