E-FILED
Tuesday, 08 July, 2008 11:22:44 AM
Clerk, U.S. District Court, ILCD

## Rio Printing Company
P.O. Box 39
Rio, IL. 61472

In witness whereof, I have hereunto certified in the name of Rio Printing Company, and have hereunto subscribed my name as publisher. This 8th Day of July, 2008. Rio Printing Company, publisher of the New Windsor Advertiser

By _____
Dan Hunt, owner

Publishing fee $ 71.50



GOVERNMENT FORECLOSURE SALE
Thursday, June 26, 2008, 11:00 AM
Mercer County Courthouse
100 SE 3RD, Aledo, Illinois

Property located at: 1109 Nortawn DR, Viola, IL. Property is sold "As Is."
Terms of sale: 10% due at time of sale by certified check, remaining balance due within 30 days.
Subject to purchaser paying 2007 taxes due in 2008. Rural Development credit is not available.
Government Bid $15,500
Rural Development has a security interest in the property
For additional information contact:
Rural Development
312 E Backbone Road, Suite B,
Princeton, IL
PH: 815-875-8732 ext 4
www.resales.usda.gov.

This institution is an equal opportunity lender, provider, and employer.

EQUAL HOUSING OPPORTUNITY