IN THE UNITED STATES
DISTRICT COURT
FOR THE CENTRAL
DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| DONALD R. BRANDON, SR., RITA F., BRANDON, and AMERICAN GENERAL FINANCE, INC. | ) |
| Defendants. | ) CIVIL NO.06-1287 |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on April 18, 2008, I, the undersigned, on the 26th day of June, 2008, at 11:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Mercer County, Aledo, Illinois, the lands and premises described in said Decree and that Douglas and Paula Lundquist, 2641 60th Avenue, Viola, Illinois 61486 having bid therefore the sum of $ 23,500.00 and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Mercer, Illinois, and described as follows, to-wit:

> Lot 6 in the Plat of North Lawn Addition to the Original Town, now Village of Viola, situated in the County of Mercer, in the State of Illinois

> PIN# 11-11-15-200-007

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2007 and 2008, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

    Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

    WITNESS my hand this 14th day of July, 2008.

                                            s/STEVEN D. DEATHERAGE
                                            UNITED STATES MARSHAL
                                            CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF PEORIA | ) |

## ACKNOWLEDGMENT

On this 14th day of July, 2008, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                                                             PAMELA E. ROBINSON
                                                           Clerk of the U.S. District Court


                                                           s/Deputy Clerk

This instrument was prepared by Bradley W. Murphy, Assistant United States Attorney, 211 Fulton, Suite 400, Peoria, IL 61602

Send tax statement to and return this recorded document to: Douglas and Paula Lundquist, 2641 60th Avenue, Viola, IL 61486

3