IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO.06-1287 |
| | ) |
| DONALD R. BRANDON, SR., RITA F., | ) |
| BRANDON, and AMERICAN GENERAL | ) |
| FINANCE, INC. | ) |
| Defendants. | ) |

UNITED STATES MARSHAL'S REPORT OF SALE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on April 18, 2008, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Mercer County, in the City of Aledo, Illinois, on the 26 day of June, 2008, at the hour of 11:00 A.M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in the Aledo Times Record, a secular newspaper of general circulation printed and published in the City of Aledo, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on May 14, 2008, and the last publication on June 4, 2008, all of which appears from a Certificate of Publication on file in this cause.

1. At the time and place designated for the sale ordered herein, the undersigned offered

said premises for sale to the highest bidder and Douglas and Paula Lundquist, 2641 60th Avenue, Viola, Illinois 61486, bid the sum of $23,500.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

    2.  Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

    3.  The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

    4.  The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of March 18, 2008:

    Unpaid principal balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $28,537.04

    Accrued interest at $7.4044 per day and unpaid as of 3/18/08 . . . . . . . . $3,960.30

    Accrued interest from 3/19/08 to 4/18/08,
     the date of entry of judgment (30 days @ $7.4044 per day) . . . . . . . . . $222.00

    Accrued federal interest from 4/19/08 to 6/26/08_____
     the date of sale (68 days @ $1.3056 per day) . . . . . . . . . . . . . . . . . . . . . $88.79

    Subsidy Recapture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,816.22
    Late Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $237.78
    Fees Assessed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,236.73
    Interest on Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $287.27

        Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $43,386.13

Costs of Sale:

    Marshal's commission (3% of 1st $1,000 &
      1½% of remaining bid balance) .................................. $367.50

    Marshal's fee for conducting sale ................................ $120.75

    Marshal's fee for service of summons ............................ $159.19

    Docket Fee ...................................................... $350.00

    Recording Notice of Foreclosure ................................. $30.00

    Release Notice of Foreclosure ................................... $30.00

    Publication charges (Notice of Sale) ............................ $773.00

        Total amount of indebtedness ........................... $45,216.57

Amount of bid at sale ........................................... $23,500.00

Amount of deficiency ........................................... $21,716.57

5. It is also reported:

  i)   A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

  ii)   The terms of sale were fair and not unconscionable;

  iii)   The sale was conducted fairly and without fraud;

  iv)   Justice was done by the sale.

Respectfully submitted this 14th day of July, 2008.

                                          s/STEVEN D. DEATHERAGE
                                          UNITED STATES MARSHAL
                                          CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

Mr. and Mrs. Lundquist
2641 60th Avenue
Viola, IL 61486

Donald R. Brandon, Sr.
1109 Norlawn Drive
Viola, IL 61486

Rita F. Brandon
1109 Norlawn Drive
Viola, IL 61486

American General Finance, Inc.
801 Adlei Stephenson Drive
Springfield, IL 62703


Date: July 21, 2008

s/ Margo Scamp
Legal Assistant